```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BRUCE CAMERON DAVIDSON,                                          :
                                                                 :
                          Plaintiff,                             :
                                                                 :      23 Civ. 10101 (JPC)
        -v-                                                      :
                                                                 :      ORDER
PLEXI HOLDINGS, LLC d/b/a PLEXIFACT,                             :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 20, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore December 11, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until December 27, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 3, 2024.

SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                                    _____
                                                           JOHN P. CRONAN
                                                       United States District Judge