UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

BRUCE CAMERON DAVIDSON,                           :

                    Plaintiff,                                 :

                                                                                     :                 23 Civ. 10101 (JPC)

            -v-                                                         :

                                                                                     :                DEFAULT JUDGMENT

PLEXI HOLDINGS, LLC d/b/a PLEXIFACT,        :          AND PERMANENT
                                                                                     :                    INJUNCTION

                  Defendant.                                :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff Bruce Cameron Davidson filed the Complaint in this action on November 16, 2023. Dkt. 1. Defendant Plexi Holdings, LLC, d/b/a Plexifact, was served with the Complaint on November 20, 2023. Dkt. 7. After Defendant failed to timely respond to the Complaint, on January 31, 2024, Plaintiff moved for entry for a default judgment and sought a permanent injunction. Dkt. 16. For reasons stated at the hearing conducted on February 29, 2024, the Court grants Plaintiff's motion for a default judgment, finding in favor of Plaintiff on both causes of action in the Complaint, grants Plaintiff's request a permanent injunction, and orders that Plaintiff shall recover damages from Defendant as follows.

       Judgment is entered ordering Defendant to pay Plaintiff as follows: (i) $4,500.00 in statutory damages for Defendant's willful copyright infringement, in violation of 17 U.S.C. § 501(a), and $5,000.00 in statutory damages for Defendant's removal of copyright management information, in violation of 17 U.S.C. § 1202, for a total sum of $9,500; (ii) 9% prejudgment simple interest on $9,500.00 of the damages, calculated from July 12, 2022 to the date of the judgment; (iii) post-judgment interest pursuant to 28 U.S.C. § 1961(a); and (iv) $3,178.30 in attorneys' fees and costs.

       In addition, Defendant, its officers, agents, servants, employees, and attorneys, and all

persons in active concert or participation with any one or more of them who receive actual notice by personal service or otherwise are permanently restrained and enjoined from:

(a)   directly or indirectly infringing Plaintiff's copyright in a photograph entitled "CD_2009_0325_0368_xgaplus" that has been registered with the Register of Copyrights as part of a group registration titled "Aerial Photographs Number 2003-June 6, 2014" and assigned registration number Vau 1-254-965 (the "Work") or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from the Work or to participate or assist in any such activity; and

(b)   directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Work.

SO ORDERED.

Dated: February 29, 2024
       New York, New York

JOHN P. CRONAN
United States District Judge